# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

## CAPITAL CASE

**GREGORY DECAY**                                                                 **PETITIONER**

v.                          Case No. 5:15-cv-00203-KGB

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                     **RESPONDENT**

## ORDER

Before the Court is the status of this case. This is a capital habeas corpus action pursuant to 28 U.S.C. § 2254. Petitioner Gregory Decay filed an amended petition for writ of habeas corpus on June 26, 2015 (Dkt. No. 3). The State filed a response on December 11, 2015 (Dkt. No. 13). In his traverse, Mr. Decay requested an evidentiary hearing on his procedurally defaulted ineffective assistance of counsel claims under *Trevino v. Thaler*, 569 U.S. 413 (2013), *Martinez v. Ryan*, 566 U.S. 1 (2012), and *Strickland v. Washington*, 466 U.S. 668 (1984) (Dkt. No. 22, at 2, 14, 83). Mr. Decay subsequently filed a first motion for discovery (Dkt. No. 23) and motion to expand the record (Dkt. No. 24), both of which this Court granted in part and denied in part (Dkt. No. 36). Based on this Court's Order, on May 5, 2017, Mr. Decay filed under seal several documents dealing with issues of jury selection (Dkt. No. 39). On March 11, 2020, Mr. Decay filed a notice of supplemental authority and attached the slip opinion in the case of *State v. Bates*, 149 N.E. 3d 475 (Ohio 2020) (Dkt. No. 47).

The Court directs the parties to file, within 21 days from the entry of this Order, a status report regarding matters pending on the docket. The status report should make the Court aware of additional supplemental authority, if any, and note for the Court any case-related updates that might warrant further briefing.

So ordered this 9th day of December, 2021.

_____
Kristine G. Baker
United States District Judge