IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAPITAL CASE

**GREGORY DECAY**                                                                                                          **PETITIONER**

v.                                         Case No. 5:15-cv-00203-KGB

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**                                                               **RESPONDENT**

## ORDER

Before the Court is petitioner Gregory Decay's third motion for extension of time (Dkt. No. 65). Mr. Decay requests an additional 30 days, until January 17, 2023, in which to file his supplementary authority brief, and an additional 30 days, until February 16, 2023, to file responsive briefs (*Id.*). Mr. Decay represents that his request "is not made for purposes of delay but to adequately prepare a proper and complete brief" (*Id.*, at 2). Respondent Dexter Payne opposes the motion (Dkt. No. 67).

For good cause shown, the Court grants Mr. Decay's third motion for extension of time (Dkt. No. 65). The parties are hereby advised that, barring an emergency and absent good cause shown, the Court is unlikely to grant further extensions. The Court extends the briefing schedule as follows:

1. Briefs shall be due on or before 5:00 p.m. Central Standard Time ("CST") Tuesday, January 17, 2023.

2. Response briefs shall be due on or before 5:00 p.m. CST Thursday, February 16, 2023, should either party choose to file a response.

So ordered this 14th day of December, 2022.

_____
Kristine G. Baker
United States District Judge